UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN STEVEN GARDNER,<br>　　　　Petitioner | § | |
| | § | |
| v. | § | 1:10-CV-610 |
| | § | |
| RICK THALER, Director<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br>　　　　Respondent | §<br><br>§ | |

ORDER ON PETITIONER'S MOTION TO EXPAND THE RECORD

　　Before the Court is Petitioner John Steven Gardner's Motion to Expand the Record, doc. #34. Upon review of the motion, the Court finds that it should be GRANTED.

　　IT IS HEREBY ORDERED that the record in the above referenced cause be expanded to include Shelli Schade Billing Records (exhibit #1 attached to Petitioner's motion) as well as Trial Defense Team Billing Records (exhibit #2 attached to Petitioner's motion).

　　So **ORDERED** and **SIGNED** this **19** day of **October, 2012.**

_____
Ron Clark, United States District Judge